### COLLEY, executrix, *v.* WILLIAMS.

EVANS, J. Even though certain questions propounded to the claimant were, as claimed, leading, the trial judge did not abuse his discretion in declining to exclude the answers thereto; nor were these answers objectionable as amounting to no more than a statement of a conclusion by the witness. The contentions of the plaintiff in fi. fa. were fully and fairly submitted to the jury, and the verdict returned was sufficiently supported by evidence.

*Judgment affirmed. All the Justices concur, except Candler, J., absent.*

Argued April 24,—Decided May 11, 1905.

Levy and claim. Before Judge Jones. City court of Greenville. October 28, 1904.

*W. A. Post, W. G. Post, Ellis, Wimbish & Ellis, W. S. Howell.* and *J. R. Terrell,* for plaintiff.

*McLaughlin & Jones* and *H. W. Hill,* contra.

---

### EDMUNDSON *v.* SWAIN.

SIMMONS, C. J. 1. Where certain books of account were left, prior to the trial of the case, in the room in which the jury consulted, without the knowledge or consent of either party or the judge, and it is not alleged in the motion for new trial and does not elsewhere appear in the record that the books were read by the jury, or that they contained matter which could influence the jury in making their verdict against the movant: *Held,* that this affords no ground for a new trial.

2. There was no error in the admission of evidence, nor in the refusal to give the charge requested. The evidence authorized the verdict, and the court below did not err in refusing to grant a new trial.

*Judgment affirmed. All the Justices concur, except Candler, J., absent.*

Argued April 24,—Decided May 11, 1905.

Complaint. Before Judge Longley. City court of La Grange. November 2, 1904.

*Hatton Lovejoy* and *A. H. Thompson,* for plaintiff.

*J. R. Terrell* and *F. P. Longley,* for defendant.